# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-07-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| FRANK ANTHONY TAKALA, | |
| Defendant. | |

Defendant Frank Anthony Takala has moved under 18 U.S.C. § 3583(e)(1) for an early termination of his supervised release. (Doc. 36.) The Government opposes the motion. (Doc. 37.) Defendant's probation officer takes no position on the motion. (Doc. 36 at 1.) The Court conducted a hearing on the motion on January 18, 2017.

Defendant was found guilty of Illegal Possession of a Machine Gun on April 9, 2014. (Doc. 21.) Defendant was sentenced on July 24, 2014, to 18 months of custody followed by two years of supervised release. (Doc. 30.) Defendant began supervised release on December 7, 2015. (Doc. 36-1 at 2.) Defendant has been on supervised release approximately 13 months. The record reflects that Defendant

has complied with all of the conditions of his supervised release. (Doc. 36 at 1.) The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

For the reasons discussed in open court, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 36) is GRANTED subject to the following condition:

   a. Defendant shall be DISCHARGED from supervised release on April 1, 2017, so long as he commits no supervised release violations between the date of this Order and April 1, 2017.

2. The United States Probation Office is directed to promptly inform the Court of any supervised release violations by the Defendant.

DATED this 18th day of January, 2017.

Brian Morris
United States District Court Judge